UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-09668 JAK (MRWx) | Dated | December 20, 2023 |
| Title | Barry Adams, et al. v. ZF Active Safety and Electronics US LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TRANSFERRING CASE TO MDL NO. 2905**

The Court orders this case to be transferred to MDL No. 2905: In Re: ZF-TRW Airbag Control Units Products Liability Litigation. Counsel shall refrain from filing any further pleadings or documents in this case as of the date of this Order. All documents shall be filed in MDL No. 2905. Counsel shall refer to the docket of MDL. No. 2905 to obtain the Order with respect to how all documents are to be filed.

The Clerk is directed to transfer the names of all parties and their respective counsel to MDL No. 2905.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | TJ |